### (May 13, 1941.)

JACK ROSENBERG and IRVING FREED v. WILLIAM I. NATHAN.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

### (May 16, 1941.)

RICHARD HOPKINS and Others, Appellants, v. MOORE-MCCORMACK LINES, INC., Respondent.— Determination affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to reverse the determination of the Appellate Term and the order of the City Court and grant plaintiffs' motion for summary judgment. [See 175 Misc. 109.]

MAHONEY-CLARKE, INC., Appellant, v. THE CITY OF NEW YORK and Another, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of FLORENCE M. RAFTERY and Five Others, as Set Forth in the Petition, Petitioners, Respondents, for an Order under Article 78 of the Civil Practice Act against FIORELLO H. LAGUARDIA, Chairman, and Others, Members of and Constituting the Board of Estimate of the City of New York, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GRACE BOWEN, Respondent, v. NEW YORK CITY OMNIBUS CORPORATION, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,178.83; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of ALFRED RIZZO, Petitioner, against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin. P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE BALDANZA, Alias LARRY BALCAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

CORPORATE PROPERTIES, INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [175 Misc. 306.]

SLOANE ESTATES, INC., Appellant, Respondent, v. THE CITY OF NEW YORK, Respondent, Appellant.— Judgment and order, so far as appealed from, unani-